Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 04–45914
Chapter: 7
Judge: John D. Schwartz

In Re:
  Lawrence Leck
  2294 Scott Road
  Northbrook, IL 60062

Social Security No.:
  xxx–xx–2727

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 719, Chicago, IL 60604

on October 24, 2007 at 10:00 AM

TO CONSIDER AND ACT UPON the following:

For the Court,

Dated: September 21, 2007                    Kenneth S. Gardner , Clerk
                                             United States Bankruptcy Court